**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 2:24-CR-00019** |
| **v.** | ) | |
| | ) | **JUDGE CORKER** |
| **SALMA ABDALKAREEM, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## GOVERNMENT'S NOTICE REGARDING FORFEITURE

The United States provides notice that it will not seek judicial forfeiture of the properties listed in the Superseding Indictment [Doc. 30]. The assets were remitted by U.S. Customs and Border Protection. Consequently, there are no funds available for judicial forfeiture and restoration.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: /s/*Mac D. Heavener, III*
MAC D. HEAVENER, III
FL Bar No. 0896748
Assistant United States Attorney
220 West Depot Street, Suite 423
Greeneville, Tennessee 37743
(423) 639-6759
Mac.heavener@usdoj.gov